**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

December 4, 2025

<div style="border: 2px solid black;">
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/5/2025
</div>

**MEMORANDUM ENDORSED**

**VIA ECF**

The Honorable Gregory H. Woods
United States District Court Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *Lopez v. Ortlieb USA LLC*
       Case No.: 1:25-cv-6750

Dear Judge Woods,

The undersigned represents Victor Lopez, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Ortlieb USA LLC, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for December 16, 2025 at 3:00 p.m. (Dkt. 6) be adjourned for 60 days because counsel for the Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC
*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

Application granted.  Plaintiff's December 4, 2025 request to adjourn the initial pretrial conference, Dkt. No. 8, is granted.  The initial pretrial conference scheduled for December 16, 2025 is adjourned to February 3, 2026 at 2:00 p.m.  The joint status letter and proposed case management plan described in the Court's August 19, 2025 order are due no later than January 27, 2026.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.

SO ORDERED.
Dated:  December 5, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge